# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2006

130658

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE HOLLY YOUNG, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
f/k/a FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

ANDREA L. YOUNG,
      Respondent-Appellant.

SC: 130658
COA: 264192
Bay CC
Family Division: 97-005990-NA

_____/

On order of the Court, the application for leave to appeal the February 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2006

_____
Clerk

s0321